UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )
                                     )   CASE NO. MJ 19-471
        Plaintiff,                   )
                                     )
    v.                               )
                                     )   DETENTION ORDER
SERGIO FRANCISCO SANDOVAL,           )
                                     )
        Defendant.                   )
_____)

<u>Offense charged</u>:     Distribution of Methamphetamine

<u>Date of Detention Hearing</u>:     October 16, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to

DETENTION ORDER
PAGE -1

both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a United States citizen with ties to family in this country and in Mexico. His employment activity is inconsistent. His criminal record includes active bench warrants for failure to appear for hearing in a DWLS matter. Defense counsel indicates he believes the defendant's license was suspended for failure to pay child support. Defendant could not provide the address of his proposed release address with his girl friend, but proposes living with his uncle. The proposed release address is in the vicinity of the alleged drug trafficking activity. A large quantity of methamphetamine was involved in the alleged distribution, as well as the trafficking of ten firearms, some of which had been altered to be untraceable. The instant charges carry a mandatory minimum sentence of five years. The AUSA proffers that the quantity of drugs involved may warrant charges carrying a mandatory minimum sentence of ten years.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 16th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3