Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>SERGIO SANDOVAL,<br><br>Defendant(s). | CASE NO. CR19-199 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the parties' stipulated motion to continue the trial in this matter, and to set a new pretrial motion cutoff consistent with that new trial date. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

The facts supporting continuing the trial and excluding the consequent delay are set forth in the Stipulated Motion to Continue, incorporated by this reference.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i) and (ii) that the charges are serious and carry potential substantial imprisonment penalties, and this case is sufficiently complex, due to the volume of discovery provided and to be provided, to include numerous recordings, that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date, or for the immediate future.

THE COURT THEREFORE FINDS that failure to grant the continuance in this case would result in a miscarriage of justice, because failing to continue this matter for a considerable period of time would deny counsel for the parties the reasonable time

necessary for effective preparation, due to defense counsel's need for more time to review the discovery and evidence produced, and still to be produced, and to consider possible defenses and motions, taking into account the exercise of due diligence.

THE COURT FINDS, in light of these factors, that it is unlikely that the parties can be reasonably ready to try this matter before June 1, 2020, at the earliest.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay given the complexity of the case, and the volume of discovery produced, and still to be produced, and that more time is, in fact, necessary.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Sections 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interests of the public and the defendant in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the filing of this motion and the new trial date of June 1, 2020, is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial.

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties' stipulated motion (Dkt. #19) is GRANTED. The trial date is continued from December 23, 2019 to June 1, 2020 at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than April 23, 2020.

IT IS FURTHER ORDERED that the time between the date of this Order to the new trial date of June 1, 2020, is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 27th day of November, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE - 2