THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-199 RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| SERGIO SANDOVAL, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the parties' stipulated motion to permit withdrawal and substitution of counsel for Defendant Sergio Sandoval. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

IT IS HEREBY ORDERED that the parties' Stipulated Motion (Dkt. #22) is GRANTED. Christopher Carney is permitted to withdraw, and Dana Ryan is permitted to substitute as retained counsel. Mr. Carney shall immediately provide a copy of this order to Mr. Ryan, and Mr. Ryan shall file his notice of appearance within **two (2) days**.

DATED this 13th day of February, 2020.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL
(*US v. SANDOVAL*, CR19-199 RAJ) - 1

**CARNEY GILLESPIE ISITT PLLP**
**600 1st Avenue, Suite LL08**
**Seattle, Washington 98104**
**(206) 445-0212**