Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO FRANCISCO SANDOVAL,<br><br>Defendant. | NO. CR19-199 RAJ<br><br>ORDER CONTINUING TRIAL |

Having considered the record and the parties' joint motion to continue the trial, and General Order 18-20 for the Western District of Washington, and having heard from the parties at a hearing held on March 29, 2021, the Court grants the motion (Dkt. # 32) and ORDERS as follows:

For all the reasons set forth in the parties' joint motion, which the Court adopts, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

IT IS HEREBY ORDERED that the trial in this matter is continued until June 21, 2021 at 9:00 a.m. The pretrial motions deadline has passed.

IT IS HEREBY FURTHER ORDERED that the time between the date of this Order and the new trial date of June 21, 2021, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Because it is impossible to conduct an in-person jury trial on March 22, 2021 without exposing trial participants, their families, and anybody else they may come into contact with during or after the trial to an unacceptable level of risk to their health and safety, not continuing the trial date would result in a miscarriage of justice, and also would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

DATED this 29th day of March, 2021.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge