Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>SERGIO FRANCISCO SANDOVAL,<br><br>                              Defendant. | NO. CR19-199 RAJ<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING BY TELEPHONE OR VIDEOCONFERENCE |

THE COURT, having considered Defendant's unopposed motion to proceed with entry of a guilty plea either telephonically or by videoconference, and the files and pleadings herein, finds that further delays in the disposition of this case would result in serious harm to the interest of justice.

THEREFORE, the Court GRANTS the unopposed motion (Dkt. # 36) and orders the parties to schedule a plea hearing to be conducted via telephone or videoconference by the criminal-duty magistrate judge.

DATED this 21st day of May, 2021.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge