Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-199 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE |
| SERGIO FRANCISCO SANDOVAL, | |
| Defendant. | |

THE COURT, having reviewed the files and records related to the defendant's motion to continue sentencing hearing, hereby

ORDERS that the motion (Dkt. # 54) is GRANTED.  The sentencing hearing in this matter is continued to **Friday, October 15, 2021, at 1:30 PM**, in Courtroom 13016.

DATED this 30th day of September, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Sandoval*, CR19-199 RAJ